**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1591**

---

In re:  RUFUS TIMOTHY DARNELL JONES,

　　　　Petitioner.

---

On Petition for Writ of Quo Warranto.

---

Submitted:  August 7, 2025                    Decided:  November 19, 2025

---

Before RUSHING, HEYTENS, and BENJAMIN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Rufus Timothy Darnell Jones, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rufus Timothy Darnell Jones petitions for a writ of quo warranto, seeking an order from this court directing the United States and its agencies to show by what authority they exercise jurisdiction over him.  He also moves to seal the case and for injunctive and other relief.  We deny the motion to seal the case, but we note that his applications to proceed in forma pauperis remain sealed, and Jones should exclude or redact personal data identifying information in other court filings.  *See* Fed. R. App. P. 25(a)(5); 4th Cir. R. 25(c)(3)(C).

A private individual lacks standing to institute a quo warranto proceeding.  *See Johnson v. Manhattan Ry. Co.*, 289 U.S. 479, 502 (1933); *Newman v. United States ex rel. Frizzell,* 238 U.S. 537, 546-48 (1915).  Accordingly, we deny the petition for a writ of quo warranto and the motions for injunctive and other relief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2